# Exhibit A

| From: | Vanlanduyt, Melissa A - DNR (Missy) |
|---|---|
| To: | Schmelzer, Steven J - DNR |
| Subject: | Blue Mound |
| Date: | Wednesday, August 04, 2021 10:32:06 AM |
| Attachments: | Blue Mound_Friends_Meeting prep notes_DRAFT_20210803.docx |

Here is what I have.

I asked Willi for the list of people – it included Karl. I requested we meet without Karl or figure out a different date at which we could meet without Karl. So we'll see.

Here are my notes. Let me know if you have edits – otherwise I'll tweak slightly but we can meet at Blue Mound at noon? Or meet over lunch somewhere?

**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

Missy VanLanduyt

Recreation Partnerships, External Relations and Communication Section Chief – Bureau of Parks and Recreation Management
Wisconsin Department of Natural Resources
101 South Webster Street
Madison, WI 53707
~~Phone: 608-266-7617~~
Cell Phone: 608-515-6006
~~Fax: 608-266-7616~~
Melissa.vanlanduyt@wisconsin.gov

 dnr.wi.gov
☐☐☐☐☐

Blue Mound Friends

Missy notes for 8/05/21 meeting

- Intro, thank you for coming
    - Overall agenda
        - Review of existing agreement
            - We will be initiating our 30 days with an opportunity to cure if necessary
            - Only way to cure is to drop the suit
            - Spending friends group funds on legal fees – cannot do per agreement
        - Answer questions regarding master plan or property
            - Snowmobile trail implementation and vegetation management if necessary
        - Discuss activities on property going forward
            - Horribly Hilly, education activities, Corp Agreement
        - Going forward; value the partnership, would like to see it continue well into the future, benefit for visitors, volunteers and the property, supporting one another, communication etc.
- Review of agreement and why they are in breach of agreement
    - Item 2A
        - Friends groups are organized to support the Property and its visitors and will focus and limit their official and fundraising activities to those that benefit the Property and the Department (NR 1.71)
    - Item 12
        - The Department or Friends may terminate this Agreement at any time upon 30 days advanced written notice, outlining, in detail, an explanation for termination.
        - …reasonable effort by said party to correct a default
        - …Friends' net assets shall become the property of the proeprty's gifts and donations account per NR 1.71
    - Item 13F
        - Friends may be responsible for paying the departments legal fees in this suit
    -

12. Termination

    A. The Department or Friends may terminate this Agreement at any time upon 30 days advanced written notice, outlining, in detail, an explanation for termination.

    B. Department or Friends may terminate this Agreement upon 30 days written notice to the other party if, after reasonable effort by said party to correct a default, if it is determined that conditions still exist contrary to this Agreement. In the event of a termination, Friends' net assets shall become the Property of the property's Gifts and Donations Account per NR 1.71.

    C. The Friends reserve the right to dissolve the Friends group organization at any time, upon 30 days advance written notice to the Department. In the event of dissolution. Friends' net assets shall become the Property of the Property's Gifts and Donations Account, or must comply with Federal 501(c)3 guidelines. Upon dissolution of the Friends group and after notification of the dissolution to the Department, this agreement is also then terminated.