# Exhibit C

# MASTER PLAN AMENDMENT

**Property Name:** Blue Mound State Park

**Year Master Plan was Approved:** 1984

**Amendment Title**: Trail Network Plan

**Amendment to the Master Plan – Approved January, 2017:**  A trail network plan that establishes and reconfirms a number of designated recreational trail uses.

## Designated trails

Blue Mound State Park will continue to offer a variety of designated trails. The phrase "designated trails" refers to trails that are designed, maintained, limited to specific uses, and are shown on the official park map. The phrase "routes" allows for an authorized recreation or management use to occur within a defined corridor. Maps A1-D2 show the locations of existing and planned trails and routes. Tables 1 and 2 list the mileages and development classifications for each trail use. Table 3 lists route mileages.

### Management objectives

- Provide up to 25.6 miles of constructed trail to accommodate the trail uses
- Provide up to 24.6 miles of hiking trail use
- Provide up to 9.6 miles of groomed cross-country ski trail use
- Provide up to 17.5 miles of ungroomed ski / snowshoe trail use
- Provide up to 19.2 miles of on- / off-road bike trail use for various skill levels
- Provide up to 15.5 miles of winter bike use
- Provide up to 1.4 miles of a snowmobile pass-through route
- Improve bicycle / pedestrian access to the indoor shelter pool complex and other trails
- Development of a trail signage / wayfinding plan

### Management and development prescriptions

Management and development prescriptions describe the use, classification and locations of existing and approved trails. Trail classifications are based upon Ch. NR 44, Wis. Adm. Code and can be found in the regional and property analysis. The amendment also establishes a total trail mileage limit of 25.6 miles which includes the physical trails on the ground and a total trail use mileage of 86.3 miles. The trail use mileages are the recreational activities authorized for certain segments or sections of a physical trail.

The final "on the ground" exact alignment of the new or redeveloped trails will be determined during the facility design process and will be included in the DNR's Capital Development Program Statement site plans. In addition, the key stakeholder groups will be consulted during on the ground design and construction.

## Table 1. Summary of designated trail uses

| Trail Use | Current Use Miles | Approved Mileage Change (+/-) | Total Planned Use Miles |
|---|---|---|---|
| Hiking | 22.8 | +1.8 | 24.6 |
| Bike off-road singletrack | 13.2 | +2.2 | 15.4 |
| Bike on road / path | 3.2 | +0.5 | 3.7 |
| Bike winter | 13.4 | +2.1 | 15.5 |
| Snowshoe / ungroomed ski | 15.3 | +2.2 | 17.5 |
| XC skiing classic (groomed) | 7.6 | +0.3 | 7.9 |
| XC skiing skate (groomed) | 1.7 | - | 1.7 |
| **Totals** | **77.2** | **+9.1** | **86.3** |

## Table 2. Designated trail classifications

| Trail Use | Current Use Miles | Approved Mileage Change (+/-) | Total Planned Use Miles | NR44 Trail Classification |
|---|---|---|---|---|
| **Hiking** | | | | |
| Fully developed | 1.1 | +1.3 | 2.4 | Full |
| Moderately developed | 6.8 | +0.2 | 7.0 | Moderate |
| Primitive developed | 14.9 | +0.3 | 15.2 | Primitive |
| **Bike** | | | | |
| Off-road single track | 13.2 | +2.2 | 15.4 | Primitive |
| | | | | |
| On road / bike path | 0.9 | +0.5 | 1.4 | Full |
| On road / bike path | 2.3 | - | 2.3 | Moderate |
| | | | | |
| Winter | 13.4 | +2.1 | 15.5 | Primitive |
| **Snowshoe / Ungroomed Ski** | | | | |
| Winter system | - | +0.1 | 0.1 | Full |
| Winter system | 0.6 | +0.1 | 0.7 | Moderate |
| Winter system | 14.7 | +2.0 | 16.7 | Primitive |
| **XC Skiing (Groomed)** | | | | |
| XC classic (groomed) | 1.5 | +0.2 | 1.7 | Full |
| XC classic (groomed) | 6.1 | +0.1 | 6.2 | Moderate |
| | | | | |
| XC skate (groomed) | 1.4 | - | 1.4 | Full |
| XC skate (groomed) | 0.3 | - | 0.3 | Moderate |
| | | | | |
| **Totals** | **77.2** | **+9.1** | **86.3** | |

## Table 3. Summary of route uses

| Use | Current Route Miles | Approved Mileage Change (+/-) | Total Planned Route Use Miles |
|---|---|---|---|
| Snowmobile | - | +1.4 | 1.4 |
| **Totals** | **-** | **+1.4** | **1.4** |

## TRAIL USES

### Hiking

There are currently 22.8 miles of hiking trails on the property. Traditional hiking is available on all trail loops that offer a variety of trail experiences. A number of trail realignments / reconfigurations that improve trail sustainability are shown on Maps A2 and C2. When all of the these changes are complete, an additional 1.8 miles of trail will be available for hiking, for a new total of 25.6 hiking trail miles.

### Biking

*On road / Improved surface*

On road biking is a popular activity at the park. All park roads are open to bicycle use along with a short, but very steep trail connection from the Military Ridge State Trail to the campground area. With the redevelopments of the pool and trailhead locations, a need exists for connecting these features to the community and surrounding areas with easier pedestrian / bike access. As shown on Maps A2, C2 and Figure 1, an 8-foot wide improved crushed limestone trail will be built that connects to Mounds Park Road to the pool / trailhead complex. This connection will offer an opportunity to provide easier bike / pedestrian access to other trails within the park. For safety improvements, the trail will cross Mounds Park Road at an improved sightline location and continue to the existing trails within the property. When this new trail is complete, an additional 0.5 miles of crushed limestone base trail will be available for biking and hiking.

The Department of Natural Resources has also been in discussions with Dane County Parks about an improved surface trail from Blue Mound State Park to Brigham County Park. The department will continue to work with the County on this connection concept and it will be evaluated when the full master plan is updated.

*Off-road – singletrack natural surface*

Off-road singletrack biking is an extremely popular activity at the park. A year 2000 master plan variance increased the available mileage for off-road singletrack use. This amendment process has surveyed the existing trail system for long-term sustainability and difficulty levels. A number of changes will be undertaken to improve sustainability and provide for various riding skill levels. As shown on Maps A2 and C2, the northeastern and southern sections of the park will see the most alterations.

A number of modifications to the Overlode trail are recommended that will improve trail sustainability, provide a core of un-fragmented interior forest landscape, protect sensitive waterways and continue access to the eastern edge of the state park. In addition, the northern section of trail will continue to exist with access improvements to the bridge and a sustainable approach to Brigham County Park. Currently Dane County is considering expanding off-road bike opportunities that may provide 3 to 4 miles of trail.

A beginner loop will be developed north of the primary trailhead that will utilize reconfigured existing trails.

The southern section trails will see the largest increase in mileage that will complete the Pokerville Trail section of intermediate skill level trails. However, this section will only be started once other priority phased trail improvements have been undertaken to the satisfaction of the department. There are also a number of improvements within this section that will offer long-term sustainable use.

Invasive species control is needed within a number of sections of the existing trails and is an integral part of the phased approached to implementation improvements. The following priority phasing approach for trail improvements is recommended:

I.      Invasive species plan and implementation *(implementation will continue through all following phases)*
II.     Beginner loop / Overlode trail improvements
III.    Other trail improvements / realignments
IV.     Pokerville trail loop completion

Written agreements will be established with partner groups that are involved with the development and maintenance of these trails. These agreements will set annual phased improvement goals with the department. In addition, a yearly progress report on the phased accomplishments will be provided to the department. These progress reports will be used to determine if these trails will need to be reexamined within a full plan review.

As with all trails within the park, the final "on the ground" exact alignment of the new or redeveloped trails will be determined during the facility design process and will be included in the DNR's Capital Development Program Statement site plans. In addition, the key stakeholder groups will be consulted during on the ground design and construction.

Once all of these changes are implemented, up to 15.4 miles of off-road singletrack trail will be available that offer opportunities for all skill levels.

*Off-road – winter use*
Winter off-road bike riding is typically done with a wide-tire bike (also called a fatbike). A fatbike is a mountain bike with over-sized tires, typically 3.8 in (97 mm) or larger and rims 2.6 in (66 mm) or wider, designed for low ground pressure to allow riding on soft, unstable terrain, such as snow and sand.

There are currently 13.4 miles of winter off-road bike trails on the property. A small number of trail realignments / reconfigurations that will improve trail sustainability are shown on Maps B2 and D2. When all of these changes are complete, up to 15.3 miles of winter off-road bike use will be available.

## Cross-country skiing
There are currently 9.3 miles of groomed cross-county ski trails within the park. The majority of these trails are groomed for classic skiing, with 1.7 miles for skate skiing. A small number of trail realignments, plus a realignment of the Mounds Park Road crossing and the addition of an adaptive ski trail, will result in a 0.4 mile increase for up to 9.7 miles of groomed cross-county skiing as shown on Maps B2 and D2.

## Snowshoeing / Ungroomed skiing
Snowshoeing / ungroomed skiing use is allowed on all trails except snow-covered groomed ski trails. Currently there are 15.3 miles of this trail use. A number of trail realignments / reconfigurations that will improve trail sustainability are shown on Maps B2 and D2. When all of these changes are complete, up to 17.5 miles of snowshoe / ungroomed ski use will be available.

## ROUTE USES

A route designation within state park properties allows for an authorized recreation or management use to occur within a defined corridor. These routes are not a designated trail managed by the department. Instead, these routes become the responsibility of the operator of this corridor with a yearly department agreement that specifies rules and responsibilities. All route development and operation costs are the responsibility of the route operator.

### Snowmobiling

Snowmobiling currently exists upon the Military Ridge State Trail that borders the southern boundary of Blue Mound State Park. In 2014, the local snowmobile club established a club trail that utilizes part of the right of ways of Mounds Park and Ryan roads. A number of terrain obstacles and lack of cleared right of way space make this portion of the club trail unsafe and prohibitive for legal two-way nighttime use. To alleviate these issues, a snowmobile route will be established that connects the Military Ridge State Trail to Blue Mound State Park as shown on Maps B2, D2 and Figure 1. This route will continue north between 40-50 feet from the Mounds Park Road road-edge to the intersection at Ryan Road as shown on Figure 1. The route will cross Ryan Road and continue to the northern boundary of the park. Controlled stop signed intersections will be established at Ryan Road and all recreational trail / route crossings south of Ryan Road. This configuration will improve the safety and allow for legal two-way nighttime use. In total, 1.4 miles of snowmobile use within a designated route will be established through the park.

## SIGNAGE AND WAYFINDING

### Signage and wayfinding plan

A signage and wayfinding plan will be developed once amendment implementation has started. This plan should consider the following objectives:

- Improve the trail user experience;
- Enhance the safety of visitors;
- Improve travel within and between trail systems;
- Increase comfort and confidence in navigating the park's trail system;
- Promote recreational trail use; and
- Protect the environment by directing visitors onto designated trails.

## BACKGROUND

In December 2014, the Natural Resources Board approved a department action to undertake a master plan amendment process at Blue Mound State Park for the purpose of establishing recreational trail uses and locations. A master plan for Blue Mound State Park was completed in 1984. The plan identifies the park as a major recreation area for trail users. In that plan, there is reference to an existing "two-mile snowmobile trail", although that plan does not direct that future uses should include snowmobiling. In the 1980s there were two locations that served snowmobiling in the park: the Military Ridge State Trail along the southern border of the park, and a short section of trail that ran on an old service road in Pleasure Valley.

A part of the state park on the eastern side is known as Pleasure Valley, which once contained a downhill ski operation and included some service roads for that operation. Pleasure Valley is a distinctively appreciated resource with a deeply wooded gorge, steep rolling hills and a small stream. It has been used by silent sports advocates heavily since the 1990s and the park master plan was amended in 2002 to further identify some new cross-country skiing, hiking, snowshoeing and biking trails. Coinciding with this increase in silent sports trails, the department is aware that the snowmobile activity in Pleasure Valley ceased in the early 1990s.

In 2014, the department received a written request from the Association of Wisconsin Snowmobile Clubs to allow a snowmobile trail in the Pleasure Valley area of Blue Mound State Park. The request was intended to re-open the old service road route, and the requestor intended for the route to be re-opened without the need for a master plan change to allow the trail. Department attorneys reviewed the request, and relying on the incomplete language in the existing master plan that did not propose snowmobiling as a park use, and considering the snowmobile route was abandoned over 20 years ago, determined that a master plan amendment would be required to add snowmobiling to Blue Mound State Park.

As part of this decision to review this issue, it was also recommended by the Natural Resources Board that all park trail uses be reviewed and evaluated.

## SUPPORTING INFORMATION

### Purpose and need for the amendment

The purpose of this master plan amendment is to determine the trail uses in the state park, assess current trail conditions and evaluate a snowmobile pass through connection. The master plan has differing interpretations regarding snowmobile use in the state park.

### How is the approved change supported by the property's vision, goals and objectives?

This trail network plan is supported by the following provisions in the Blue Mound State Park Master Plan (1984) and Variances (2000, 2012), and complies with the objectives of the Master Plan.

Goal statement (page 1):
Provide a state park for 200,000 visitors annually that will serve the recreational, educational and nature experience needs of the park visitor while preserving and protecting the resource for future generations.

Annual objectives (page 1):
3. Provide trail facilities for 35,000 nature, hiking, and cross-county ski users.
5. Accommodate individuals who are handicapped or otherwise disadvantaged through proper design construction, maintenance and operation of the property and its facilities.

Additional benefits (page 1):
2. Provide recreation and support facilities for users of the Military Ridge State Trail located within and adjacent to the park.
3. Benefit game and non-game species; including endangered or threatened species that may be native or migrate through the area.

4. Maintain and enhance the vegetative cover for aesthetics and wildlife purposes.

## Anticipated benefits of the approved amendment

An updated trail network plan and maps will provide the department and park user's clear direction for trail use and development. This trail network plan will create a seamless network of non-motorized improvements that allow bicycles and pedestrians to reach important destinations easily within the park. This plan encourages bicycle and pedestrian use within the park and also provides a connection to the local communities. In addition, the siting of a snowmobile pass through route will create a link to both club and state snowmobile trail systems.

## Unavoidable adverse impacts

While a number of trail improvements are recommended, the reintroduction of snowmobile use to the park may increase noise levels near Mounds Park and Ryan roads. The acoustical studies at the park show that the roadway vehicle use is at the same levels as snowmobile observations along the Military Ridge State Trail and minimal impacts are expected from this seasonal use.

Another concern is the pedestrian / vehicle / snowmobile crossing along Mounds Park Road. By moving this crossing south from the current location, an improvement with sightlines will be gained for a safer pedestrian road crossing. Also near this location is a pedestrian / snowmobile crossing. This crossing will be controlled by a four-way stop intersection. This control will allow for a safe crossing and reduced user conflicts.

## Estimated costs

Program budgets for trail developments are determined on a biennial basis. With continued support from trail stakeholder groups and possible donations, these development timelines can be implemented in a shorter timeframe.

| Development | Estimated cost |
| --- | --- |
| New Trail Construction | $ 90,000 |
| Trail Realignments | $ 70,000 |
| Trail Closures and Restoration | $ 10,000 |
| Total | $170,000 |

## Summary of alternatives considered but eliminated

There were four trail network alternatives evaluated for the park. The following alternatives were developed and evaluated before settling on the preferred alternative recommended by this amendment.

<u>Alternative 1: Status quo - Do not change any trail uses or locations</u>

This alternative would not improve the trail user experience or provide additional ecological protections for the park.

<u>Alternative 2: Establish snowmobile use in the Pleasure Valley portion of the state park</u>

While this alternative was proposed by the Association of Wisconsin Snowmobile Clubs, further studies within this zone indicated a sensitive ecological landscape unique to the park. In addition, water control measures, culverts and flood management structures would be prohibitively expensive to maintain. A review of current snowmobile trail grooming equipment curve and turning radiuses indicated more disturbance would be required to establish this use that may cause user conflicts and reduce ecological sustainability.

<u>Alternative 3: Establish snowmobile use at Brigham County Park with a connection to Blue Mound State Park</u>

This alternative would utilize both county and state lands to provide a connection to the club trail. County access restrictions, terrain limitations and ecological disturbance make this alternative unfeasible and cost prohibitive.

<u>Alternative 4: Reduce Off-road singletrack natural surface mileage</u>

A year 2000 variance to the master plan established an off-road bike singletrack mileage limit within the park. A new inventory of park trail use mileages indicated this limit had been exceeded. Recognizing that the off-road bike singletrack trails also provide other seasonal trail opportunities, the department design teams have worked with stakeholder groups to develop a more sustainable trail network option that will keep on the ground trail mileages close to current levels.


**Public review summary and response to comments**

A public participation plan was created and posted to the department website at the start of the project. This plan describes the amendment planning process and public input opportunities. Two public input review sessions were held. The first was a July 2015 public scoping review and the second was a November 2015 draft plan review. Full summaries of each review period are part of the plan amendment materials available for public review.

In total, 821 written comments were received between the two review sessions. In addition, two public meetings were held with a total of 321 attendees, and as part of the draft amendment review meeting, a open public hearing was conducted with 37 speaking.

Two petitions were received. The first was a hand signed petition by 280 citizens for no snowmobiles in Blue Mound State Park. The second was an online petition of 767 emails supporting singletrack mountain bike trails at Blue Mound State Park.

The majority of comments received focused on the recreation aspects of the amendment, primarily trail opportunities and facility development. While some comments suggested a change be made to the draft amendment, others simply sought clarification on a particular issue. A few comments prompted the department to change the amendment to reflect the comments. Both clarifications and amendment changes are described below.

<u>Snowmobiling in the park</u>

*Comments:*
Of all the comments received, the number of comments for the proposed snowmobile route was approximately evenly split with about 39 percent supportive and 39 percent opposed to snowmobiling in the park. The recurring reasons commenters gave for supporting snowmobiling included: The proposed route through the park provides an important connection to the existing regional snowmobile trail system. The park has a history of snowmobiling. Snowmobilers contribute to the local economy.

The recurring reasons commenters gave for opposing snowmobiling included: The proposed multiuse snowmobile trail would displace sections of the current cross-country ski trail in Pleasure Valley. People visit Blue Mound State Park because it is a silent sports destination and that experience will be ruined with the noise and emission of snowmobiles. The cost of building the proposed multiuse trail for snowmobiling (estimated at $180,000) is too expensive during a time when the state park system is being asked to do more with less state money. Several comments also expressed safety concerns with the speed of snowmobiles and intersections where the ski and snowmobile trails cross each other. Some comments questioned if snowmobilers would have to abide by the same open/closed hours and trail pass fees as skiers and other park users.

*Response:*
The original request from the Association of Wisconsin Snowmobile Clubs was to allow a snowmobile trail in the Pleasure Valley area of Blue Mound State Park. Department staff did evaluate this request along with several other options. Working with the community and stakeholder groups, a new option was reached that sites a snowmobile route within the park that mostly parallels the township roads. This snowmobile route will be constructed and maintained by the local clubs with a yearly agreement in place to use the park, thus the department will incur no costs for this route.

A number of comments suggested snowmobiles will utilize the pool / shelter parking lot as a trailhead. This is incorrect. Only the snowmobile route shown on the plan amendment maps will be open to snowmobile use.

Comments about user safety have been addressed in the plan amendment with the department having the authority to set and enforce speed limits and controlled stop intersections.

<u>Overlode Mountain Bike Trail</u>

*Comments:*
Approximately 43 percent of comments received were opposed to closing the Overlode Trail. The recurring reasons commenters gave for not closing the trail included: The Overlode Trail is one of the most popular trails in the park for mountain bikers and brings in thousands of visitors and revenue to the park. Volunteers, working with the DNR, have spent hundreds of hours and received donations to build

the trail. Instead of closing the trail, the DNR should work with the Capital Off-Road Pathfinders (CORP) to fix any problem areas to make the trail sustainable.

Several comments also expressed concern over the study relating to migratory birds and trail corridors, stating that the study was not compatible to Blue Mound State Park and not an adequate reason to close the Overlode Trail.

*Response:*
The department recognizes the need for offroad bike trails within the park, but must also balance this with protection of the park resources. Working with stakeholders and the Capital Off-Road Pathfinders (CORP), alternative trail design options reflected in this amendment will meet this protection of park resources while providing access to the eastern edge of the park. The Primary Site BMSP01 - Pleasure Valley Woods designation will continue with trail alignments and work approved by the department as to avoid sensitive species, nesting seasons and rare plants.

## Compatibility with Statutes, Codes and Department policies

The approved master plan amendment is compatible with Chapter NR 44, Wis. Adm. Code.

## Federal Aid limitations

Blue Mound State Park received Land and Water Conservation Fund (LAWCON) dollars in the 1960s.

## Completed surveys and evaluations

### *Rapid Ecological Assessment for Blue Mound State Park, Dane and Iowa Counties, Wisconsin, 2015*

This report is intended to be used in conjunction with other sources of information for master planning Blue Mound State Park (BMSP). This assessment addresses issues specifically related to the conservation of biological diversity for this property. Findings of this report describe the exceptional characteristics of the study area that include older upland forest, forest interior and grassland shrub birds and bats.

This report identifies two ecologically important sites, or "Primary Sites":  BMSP01 - Pleasure Valley Woods, and BMSP02 - Blue Mound Woods. A Primary Site is typically delineated because it encompasses the best examples of 1) rare and representative natural communities, 2) documented occurrences of rare species populations, and/or 3) opportunities for ecological restoration or connections. These sites warrant high protection and/or restoration consideration during the development of the property master plan.

### *Visitor Use Trail Monitoring, 2014-2015*

A trail eco-counter was placed along the Pleasure Valley portion of the Weeping Rock Trail from Dec. 5, 2014 through April 10, 2015. This counter monitors 24 hours a day with passive-infrared, pyroelectric technology and a high-precision lens. The counter was placed in this location to gather winter use visitation numbers (mainly hiking, snowshoeing, sledding, etc.) along this section of trail with the intent to understand use patterns in this portion of the park.

The highest visitor counts were observed with little or no snowfall cover. This relationship may show that a park user will migrate towards a different recreational activity based upon snow cover. With 9.3 miles of groomed cross-country skiing trails, this becomes the primary recreational activity when these trails are open for skiing. With the lack of snow cover, hiking and off-road biking tend to become the primary recreational use within the Pleasure Valley portion of the Weeping Rock Trail.

### *Winter Soundscape Analysis, 2015*

Soundscape management or protection of acoustical environments has received growing attention from managers and policy makers as a result of an increased understanding of its role in overall ecosystem health and visitor enjoyment. Protecting the acoustic experience of park visitors ensures that natural sounds continue to play an important role in the enjoyment of park resources and values.

A winter soundscape analysis was performed on the park during the winter of 2014-15 using National Park Service standards for spot observations. All winter-time activities were observed either within the park boundaries or on the Military Ridge State Trail. Location decibel readings (dBa) ranged from 34-77, with the 34 dBa reading observed on the valley floor of Pleasure Valley and the highest readings along the Military Ridge State Trail. Observations along Mounds Park Road ranged from 66-73 dBa.

**Addendum Sheet**

The Wisconsin Natural Resources Board approved this Blue Mound State Park Master Plan Amendment on January 27, 2016.

In response to significant public interest and concerns that members of the public were not given adequate opportunity to provide input, the Board reconsidered the plan amendment and again approved the Blue Mound State Park Master Plan Amendment on January 25, 2017.



# Blue Mound State Park
Existing Summer Trails Network

**WISCONSIN DEPARTMENT OF NATURAL RESOURCES**

Bureau of
Parks and Recreation
January 28, 2016

PR-BMSP-MP-A1 /lcb

**MAP A1**

Legend:
- Hike
- Hike/Bike
- Singletrack Bike
- Military Ridge State Trail
- DNR Land
- Brigham County Park
- Brigham County Trail
- Visitor Center
- Bridge
- Parking Lot
- Swimming Pool
- Observation Tower

N

Miles
0   0.25   0.5

Ryan Rd

Ryan Creek

Village of
Blue Mounds

Mounds Rd

Iowa County
Dane County

Mounds Park Rd

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land and through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, applicability for a particular use, completeness, or legality of the information depicted on this map.



# Blue Mound State Park
## Proposed Summer Trails Network

**Legend**

- Hike
- Hike/Bike
- Singletrack Bike
- Proposed Emergency Trail
- Military Ridge State Trail
- DNR Land
- Brigham County Park
- Brigham County Trail
- Visitor Center
- Bridge
- Parking Lot
- Swimming Pool
- Observation Tower

**WISCONSIN DEPARTMENT OF NATURAL RESOURCES**
Bureau of Parks and Recreation

January 28, 2016

PR-BMSP-MP-A2.6cb

**MAP A2**

Ryan Creek
Ryan Rd
Mounds Park Rd
Mounds Rd
Village of Blue Mounds
Iowa County
Dane County

N

Miles
0    0.25    0.5

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, applicability for a particular use, completeness, or legality of the information depicted on this map.



# Blue Mound State Park
## Existing Winter Trails Network

**Ungroomed Trails**
- XC Ski, Snowshoe, Hike
- XC Ski, Snowshoe, Hike, Bike

**Groomed Trails**
- Skate Ski
- Classic XC Ski
- Classic XC Ski, Bike, Snowshoe
  - *Bike and snowshoe trail parallel with ski*
- Club Defined Snowmobile Rt.
- Military Ridge State Trail
  - *Snowmobiles allowed*
- Park Road
- DNR Land
- Brigham County Park
- Brigham County Trail
- Visitor Center
- Bridge
- Indoor Shelter
- Parking Lot
- Observation Tower

WISCONSIN DEPARTMENT
OF NATURAL RESOURCES

Bureau of
Parks and Recreation
January 28, 2016

**MAP B1**

PR-BMSP-MP-B1-dcb

N

0    0.25    0.5
Miles

Ryan Rd
Mounds Park Rd
Mounds Rd
Village of Blue Mounds
Iowa County
Dane County

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land and through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, applicability for a particular use, completeness, or legality of the information depicted on this map.



# Blue Mound State Park
## Proposed Winter Trails Network

N

Miles
0   0.25   0.5

**Ungroomed Trails**
········· XC Ski, Snowshoe, Hike
= = = XC Ski, Snowshoe, Hike, Bike
— — Proposed Emergency Trail

**Groomed Trails**
Skate Ski
Classic XC Ski
Classic XC Ski, Bike, Snowshoe
*Bike and snowshoe trail parallel with ski*
Snowmobile Route
*Snowmobile route groomed by clubs*
Military Ridge State Trail
*Snowmobiles allowed*
Park Road
DNR Land
Brigham County Park
Brigham County Trail
Visitor Center
Bridge
Indoor Shelter
Parking Lot
Observation Tower

WISCONSIN DEPARTMENT
OF NATURAL RESOURCES

Bureau of
Parks and Recreation
January 28, 2016

PR-BMSF-MP B2_ocb

**MAP B2**

Ryan Rd

Village of
Blue Mounds

Mounds Rd

Iowa County
Dane County

Mounds Park Rd

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, completeness, or legality of the information depicted on this map.



*Pleasure Valley*
# Blue Mound State Park
## Existing Summer Trails Network

N

0    0.1    0.2
Miles

Ryan Rd

Mounds Park Rd

Ryan Creek

**Village of Blue Mounds**

Iowa County
Dane County

Mounds Rd

**Legend**

- •••• Hike
- — · — Hike/Bike
- – – – Singletrack Bike
- – – – Military Ridge State Trail
- DNR Land
- Brigham County Park
- – · – Brigham County Trail
- Bridge

WISCONSIN DEPARTMENT
OF NATURAL RESOURCES

Bureau of
Parks and Recreation
*January 28, 2016*

PR-BMSP-MP C1 dcb

**MAP C1**

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, applicability for a particular use, completeness, or legality of the information depicted on this map.



# Pleasure Valley
# **Blue Mound State Park**
## Proposed Summer Trails Network

N

0    0.1    0.2
Miles

Mounds Park Rd

Ryan Rd

Ryan Creek

**Legend**

- ●●● Hike
- ─── Hike/Bike
- ─ ─ ─ Singletrack Bike
- ─ ─ ─ Military Ridge State Trail
- ⌐ ⌐ ⌐ DNR Land
- Brigham County Park
- ▪·▪·▪ Brigham County Trail
- Ⅱ Bridge

WISCONSIN DEPARTMENT
OF NATURAL RESOURCES

Bureau of
Parks and Recreation
*January 28, 2016*

*PR-BMSP-MP C2 dcb*
**MAP C2**

Village of
Blue Mounds

Iowa County
Dane County

Mounds Rd

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, applicability for a particular use, completeness, or legality of the information depicted on this map.



*Pleasure Valley*
# Blue Mound State Park
Existing Winter Trails Network

N
0    0.1    0.2 Miles

**Ungroomed Trails**
• • • • XC Ski, Snowshoe, Hike
= = XC Ski, Snowshoe, Hike, Bike

**Groomed Trails**
Classic XC Ski
Classic XC Ski, Bike, Snowshoe
- Bike and snowshoe trail parallel with ski
Club Defined Snowmobile Rt.
Military Ridge State Trail
- Snowmobiles allowed
DNR Land
Brigham County Park
Brigham County Trail
Bridge

WISCONSIN DEPARTMENT
OF NATURAL RESOURCES

Bureau of
Parks and Recreation
*January 28, 2016*

PR-BMSP-MP D1 dcb

MAP D1

Mounds Park Rd

Ryan Rd

Village of
Blue Mounds

Mounds Rd

Iowa County
Dane County

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, applicability for a particular use, completeness, or legality of the information depicted on this map.



# Pleasure Valley
# Blue Mound State Park
## Proposed Winter Trails Network

N

0    0.1    0.2
Miles

Mounds Park Rd

Ryan Rd

Mounds Rd

Iowa County
Dane County

**Village of Blue Mounds**

### Ungroomed Trails
······· XC Ski, Snowshoe, Hike
− −: XC Ski, Snowshoe, Hike, Bike

### Groomed Trails
── Classic XC Ski
− − Classic XC Ski, Bike, Snowshoe
*- Bike and snowshoe trail parallel with ski*
······· Snowmobile Route
*- Snowmobile route groomed by clubs*
− − Military Ridge State Trail
*- Snowmobiles allowed*
DNR Land
Brigham Park
Brigham Trail
▯ Bridge

WISCONSIN DEPARTMENT
OF NATURAL RESOURCES

*Bureau of
Parks and Recreation*
*January 28, 2016*

*PR-BMSP-MP D2 dcb*

**MAP D2**

The data shown on this map have been obtained from various sources, and are of varying age, reliability and resolution. This map is not intended to be used for navigation, nor is this map an authoritative source of information about legal land ownership or public access. Users of this map should confirm the ownership of land through other means in order to avoid trespassing. No warranty, expressed or implied, is made regarding accuracy, applicability for a particular use, completeness, or legality of the information depicted on this map.



## Figure 1
## **Blue Mound State Park Trail Network Plan**
Trail Improvement Detail

Existing Hike-Bike-XC Trail

Existing Hike-Bike-XC Trail Closure

Proposed Hike-Bike-XC Trail Realignment

Proposed Beginner/Adaptive XC Trail Alignment

Existing Singletrack Trail

Proposed Singletrack Trail Connections

Proposed Snowmobile Route Corridor

Existing Hiking Trail



North

0       0.1 Miles

WISCONSIN DEPT OF NATURAL RESOURCES

Overlode Trail

Weeping Rock Trail

Overlode Trail

Ryan Road

To Snowmobile Club Trail

Gneiss & Smooth Trail

Friends Shelter

Parking Lot

Pool

Pleasure Valley Trail

Pleasure Valley Trail

Mounds Park Road

Mounds Park Road

To Military Ridge Trail

Mounds Road

**A**

**B**

Relocate existing crossing on Mounds Park Road 300 feet to the south, from **A** to **B**.