# Exhibit D

| From: | Bill Van Haren |
|---|---|
| To: | Vanlanduyt, Melissa A - DNR (Missy) |
| Subject: | Re: Meeting/Discussion next week |
| Date: | Thursday, July 29, 2021 5:15:11 PM |

Missy.  Thanks for reaching out.  Will try to get something together tomorrow to get back to you.
Wvh

Get Outlook for Android

**From:** Vanlanduyt, Melissa A - DNR (Missy) <Melissa.Vanlanduyt@wisconsin.gov>
**Sent:** Wednesday, July 28, 2021 1:54:19 PM
**To:** WmVanharen@outlook.com <WmVanharen@outlook.com>
**Subject:** Meeting/Discussion next week

Hi Willie,
First I hope you're well and enjoying your summer. Steve Schmelzer, former SW/SC park district supervisor, is now our program Bureau Director replacing Ben Bergey. Steve and I would like to meet in person with you next week to hopefully discuss the Blue Mound SP master plan, our agreement and answer questions you may have. Our intent is to hopefully meet at the park on Tuesday or Thursday afternoon with just Steve and I, with you and perhaps one or two other board members if you'd like. We don't intend to bring our attorney and would like to keep this a casual conversation.

Please let me know if you're interested in connecting with us – and if those dates/time frames next week don't work please let me know what might work.

Looking forward to hearing from you.
Thank you!

**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

Missy VanLanduyt
Recreation Partnerships, External Relations and Communication Section Chief – Bureau of Parks and Recreation Management
Wisconsin Department of Natural Resources
101 South Webster Street
Madison, WI 53707
Phone: 608-266-7617
Cell Phone: 608 515-6006
Fax: 608-266-7616
Melissa.vanlanduyt@wisconsin.gov

 dnr.wi.gov