# Exhibit F

| From: | Johnson-Karp, Gabe |
|---|---|
| To: | Potts, Brian (MSN) |
| Cc: | Finkelmeyer, Corey F.; Roberts, Cassie (POR) |
| Subject: | Blue Mounds follow up |
| Date: | Friday, August 20, 2021 2:33:34 PM |
| Attachments: | image001.png |

Brian,

Following up on your letter last week and our call earlier this week, we'd like to confirm that relevant DNR Parks staff have been instructed not to discuss any litigation-related matters with any members of the Blue Mounds Friends group. As also discussed, in the event of any need for communication or coordination between DNR and the Friends, DNR's primary point of contact should be superintendent Kevin Swenson.

While DNR continues to dispute the letter's characterization of the interaction between the Friends and Parks staff, I think we all agree that any litigation-related communication should be reserved to the attorneys going forward. I will be the primary litigation contact for DNR for that purpose.

Sincerely,
Gabe



GABE JOHNSON-KARP | Assistant Attorney General
Wisconsin Department of Justice
Special Litigation and Appeals Unit
17 West Main Street
Madison, WI  53703
johnsonkarpg@doj.state.wi.us
Phone: (608) 267-8904

PLEASE NOTE: While government records are generally subject to disclosure pursuant to the public records law, this email, including any attachments, may contain confidential and/or privileged information exempt from public disclosure. If you are not the intended recipient or believe that you received this email in error, please notify the sender immediately.