# Exhibit G

# State of Wisconsin
Department of Natural Resources
PO Box 7921
Madison WI 53707-7921
dnr.wi.gov

# Open Records Request
Form 9500-096 (R 9/15)

**Notice:** This form is offered for your convenience to place your request for open records from the Department of Natural Resources (DNR). You are not required to complete this form or to provide the requested information. Personal information collected will be used for administrative purposes and may be provided to requesters to the extent required by Wisconsin's Open Records law [ss. 19.31-19.39, Wis. Stats.].

The Wisconsin DNR is committed to the principles of open government and accountability. All records that are kept by the DNR and its employees in connection with the transaction of public business are subject to public inspection, unless a record is specifically exempt from this requirement. Fees are required for some records requests which may require prepayment. We will review your request and estimate the amount of time and number of records we may have. Once we have an estimate, we will advise you if there is any prepayment of fees for your request to be fulfilled.

## Requester Contact Information (optional)

*Information requested below is optional.* Provide sufficient information to contact you and respond to your request. Having this information will make it easier to process your request and contact you if we have questions.

| Requester Name or Company Name | Date of Request | Phone Number (include area code) | |
|---|---|---|---|
| Brian Potts | 08/18/2021 | 608-663-7493 | |
| Address | City | State | ZIP Code |
| 33 East Main Street, Suite 201 | Madison | WI | 53703 |
| Contact Name (if different than requester's) | Phone Number | Email | |
| | | bpotts@perkinscoie.com | |
| Other methods to contact requester | | | |

## Facility and Site Information

DNR records are often filed by facility or site identifiers, if applicable. Provide as much specific information as possible about the site to help locate records. If additional space is needed include another sheet of paper. You may also use the DNR web pages to look up information if necessary. See Frequently Requested Records at http://dnr.wi.gov/contact/OpenRecordsRequest.html.

| Name of Business or Property Owners | *Facility Identification Number (FID) if known | | |
|---|---|---|---|
| Blue Mound State Park | | | |
| Address of the Property | City | State | ZIP Code |
| 4350 Mounds Park Rd | Blue Mounds | WI | 53517 |
| Other data about the location of the property | Other identifiers such as case number | County | |
| | | Dane | |

## Records Requested

Pursuant to the Wisconsin Open Records Law, Wis. Stat. §19.31 et seq., I am requesting an opportunity to inspect or obtain copies of public records, including any internal correspondence or any other written documentation, related to the August 5, 2021 meeting between representatives from the Friends of Blue Mound State Park and WDNR officials. In particular, I am requesting records of communications involving DNR Parks Director Steven Schmelzer and Recreational Partnerships Section Chief Missy Vanlanduyt from June 25, 2021 to present including the key words "Blue Mound," "Friends Group," "Friends," "Agreement," "termination," "meeting," "Bill Van Haren," "Willi Van Haren," "Karl Heil," "Gregory Wiegand," or "snowmobile." I am also requesting records of any communications involving DNR employees or officials during the same time period containing the terms above.

**\*Additional Facilities:** If your request involves more than one facility, attach a separate sheet.

**Reasonable Limit:** A request for a record should have a reasonable limit as to subject matter or length of time represented by the record. If DNR personnel are unable to determine what records are being requested or the request is overbroad, they may ask the requester to be more specific or to narrow their request. Requesters are responsible for determining which records from among those located are relevant to their specific needs.

Submit completed form to the DNR Open Records Coordinator via: **email** - DNRRecordsResponse@wi.gov (or click the email button at top of this form once completed); **fax** 608-266-6983; or **mail** to DNR, Open Records Requests, PO Box 7921, Madison, WI 53707-7921.

For additional information on Open Records & Information Access visit our website: http://dnr.wi.gov/contact/OpenRecordsRequest.html. If you have questions regarding this form, contact the DNR Open Records Coordinator at 608-266-2177 or Records Officer at 608-261-0762 or email.