# Exhibit H

| | |
|---|---|
| **From:** | Durrant, Emily V - DNR |
| **To:** | Shiigi, Kaela (SFO) |
| **Cc:** | DNR Records Response |
| **Subject:** | 21PRR8808: Perkins Coie Blue Mound State Park Request |
| **Date:** | Wednesday, August 18, 2021 4:28:32 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | 2021.08.18 Public Records Request.PDF |

Good Afternoon,

I've been assigned to coordinate your public records requests for the following records:

"Copies of public records, including any internal correspondence or any other written documentation, related to the August 5, 2021 meeting between representatives from the Friends of Blue Mound State Park and WDNR officials. In particular, I am requesting records of communications involving DNR Parks Director Steven Schmelzer and Recreational Partnerships Section Chief Missy Vanlanduyt from June 25, 2021 to present including the key words "Blue Mound," "Friends Group," "Friends," "Agreement," "termination," "meeting," "Bill Van Haren," "Willi Van Haren," "Karl Heil," "Gregory Wiegand," or "snowmobile." I am also requesting records of any communications involving DNR employees or officials during the same time period containing the terms above."

I will contact you if and when any records responsive to your request are located. I will also contact you before processing this request if there will be any fees to locate records, for which the DNR has authority to prebill for public records requests, per Wis. Stat. § 19.35(3)(c). Thank you and please let me know if you have any questions.

**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

### Emily Durrant

Division Public Records Coordinator – Bureau of Legal Services
Wisconsin Department of Natural Resources
P.O. Box 7921, Madison, WI 53707
Phone: (608) 504-6211
Emily.durrant1@wisconsin.gov

dnr.wi.gov