# Exhibit I

**From:** Durrant, Emily V - DNR
**To:** Maier, Mathew G. (MSN)
**Cc:** DNR Records Response; Potts, Brian (MSN); Shiigi, Kaela (SFO)
**Subject:** RE: 21PRR8808: Perkins Coie Blue Mound State Park Request
**Date:** Tuesday, September 14, 2021 11:16:05 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png

Good Morning,

I am writing with an update on your public records request, submitted on 8/16/21, for the following records:

"Copies of public records, including any internal correspondence or any other written documentation, related to the August 5, 2021 meeting between representatives from the Friends of Blue Mound State Park and WDNR officials. In particular, I am requesting records of communications involving DNR Parks Director Steven Schmelzer and Recreational Partnerships Section Chief Missy Vanlanduyt from June 25, 2021 to present including the key words "Blue Mound," "Friends Group," "Friends," "Agreement," "termination," "meeting," "Bill Van Haren," "Willi Van Haren," "Karl Heil," "Gregory Wiegand," or "snowmobile." I am also requesting records of any communications involving DNR employees or officials during the same time period containing the terms above."

At this time, the Department is still processing your request. However, in order to provide you with the responsive records sooner rather than later, we have decided to provide you with a partial release of records. The responsive records can be found at the following link: 21PRR8808 – 09/14/21 Release.

Please note some records are attorney-client privileged communications and not subject to disclosure under the public records law. *George v. Record Custodian*, 169 Wis.2d 573, 582 (Ct. App. 1992); Wis. Stat. § 905.03(2). Where responsive records include attorney-client privileged communications and communications not subject to this privilege, the attorney-client privileged communications have been redacted and the remaining responsive portions of the records have been released to you.

Draft documents are not being produced because drafts are not records as defined in Wis. Stat. § 19.32(2). See *Schill v. Wis. Rapids Sch. Dist.*, 2010 WI 86, ¶ 71.

Additionally, pursuant to the public records balancing test, one email was redacted because it contained passcodes for a conference call line. This was necessary to protect the security and integrity of the conference call line because providing the access code poses substantial risks. The public interest in disclosure is outweighed by the public interest in maintaining the security and integrity of the system.

We will continue processing your request and I will contact you as soon as I receive any further

updates on your request. Thank you and please let me know if you have any questions.

**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

<span style="color:green">Emily Durrant</span>
Division Public Records Coordinator – Bureau of Legal Services
Wisconsin Department of Natural Resources
P.O. Box 7921, Madison, WI 53707
Phone: (608) 504-6211
Emily.durrant1@wisconsin.gov

 dnr.wi.gov

Pursuant to Wis. Stat. § 19.35(4)(b), these determinations are subject to review by mandamus under Wis. Stat. § 19.37(1) or upon application to a district attorney or the Attorney General.

---

**From:** Durrant, Emily V - DNR
**Sent:** Thursday, September 9, 2021 4:34 PM
**To:** Maier, Mathew G. (Perkins Coie) <MMaier@perkinscoie.com>
**Cc:** Potts, Brian (Perkins Coie) <BPotts@perkinscoie.com>; Milligan, Diane L - DNR
<Diane.Milligan@wisconsin.gov>; DNR Records Response <DNRRecordsResponse@wisconsin.gov>
**Subject:** RE: Freedom of Information Act Request

Good Afternoon,

I apologize for the delay. We are still locating responsive records from staff and want to ensure our search is thorough before responding. This request is still in progress and I will follow up again by early next week with updates.

Thank you for your understanding and please let me know if you have any additional questions.

**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

<span style="color:green">Emily Durrant</span>
Division Public Records Coordinator – Bureau of Legal Services
Wisconsin Department of Natural Resources
P.O. Box 7921, Madison, WI 53707
Phone: (608) 504-6211
Emily.durrant1@wisconsin.gov

 [dnr.wi.gov](dnr.wi.gov)

---

**From:** Maier, Mathew G. (Perkins Coie) <[MMaier@perkinscoie.com](mailto:MMaier@perkinscoie.com)>
**Sent:** Thursday, September 9, 2021 11:35 AM
**To:** Durrant, Emily V - DNR <[emily.durrant1@wisconsin.gov](mailto:emily.durrant1@wisconsin.gov)>; Milligan, Diane L - DNR <[Diane.Milligan@wisconsin.gov](mailto:Diane.Milligan@wisconsin.gov)>
**Cc:** Potts, Brian (Perkins Coie) <[BPotts@perkinscoie.com](mailto:BPotts@perkinscoie.com)>
**Subject:** Freedom of Information Act Request

**CAUTION: This email originated from outside the organization.**
**Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hello,

On behalf of attorney Brian H. Potts, please see the attached correspondence. Copies are also being sent to you via U.S. Mail.

Best regards,
Matt

**Mathew Maier | Perkins Coie LLP**
**LEGAL PRACTICE ASSISTANT**
33 East Main Street Suite 201
Madison, WI 53703-3095
D. +1.608.294.4003
F. +1.608.663.7499
E. [MMaier@perkinscoie.com](mailto:MMaier@perkinscoie.com)


---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.