# Exhibit K

| From: | Vanlanduyt, Melissa A - DNR (Missy) </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=user5b9c5732> |
|---|---|
| To: | Brusoe, Diane M - DNR |
| Sent: | 5/24/2021 3:16:52 PM |
| Subject: | RE: NRB May 4K comment re BMSP - Van Haren/Friends of Blue Mound State Park (FBMSP) |

Here are some points about friends groups.
- We have agreements with friends groups. Those agreements outline our ability to dissolve the agreement for multiple reasons including friends groups speaking out publicly against the department
- Friends groups across the state are generally supportive of the department and remain neutral on most issues – Potawatomi is a good example
- Friends groups provide nearly 100,000 hours of volunteer labor; they donate tens of thousands of dollars per year in supplies and equipment (in small individual amounts) and are currently fundraising for more than $60 million in projects to improve the customer experience
- Friends groups from time to time do weigh in publicly on property issues
- The Blue Mound Friends group provided comment on all aspects of the plan and were in support of all elements except for the snowmobile route alternative
- Other partners of the property have also provided comment in support or in opposition of elements of the plan
- Property staff work to keep friends groups and partners up to date on facts regarding property issues, especially complex and controversial issues; however, it is not the departments place to guide or direct any partnership group in their support or communications
- In the event that a friends group does speak out publicly against the department, it is the programs responsibility to determine the risks and opportunities associated with the friends group when determining if dissolution of the agreement is warranted.

**From:** Brusoe, Diane M - DNR <Diane.Brusoe@wisconsin.gov>
**Sent:** Monday, May 24, 2021 1:11 PM
**To:** Vanlanduyt, Melissa A - DNR (Missy) <Melissa.Vanlanduyt@wisconsin.gov>
**Subject:** FW: NRB May 4K comment re BMSP - Van Haren/Friends of Blue Mound State Park (FBMSP)


**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

Diane M. Brusoe
Desk: (608) 267-7469
Cell: (608) 843-9087
diane.brusoe@wisconsin.gov

**From:** Rynish, Phillip P - DNR <Phillip.Rynish@wisconsin.gov>
**Sent:** Friday, May 21, 2021 12:47 PM
**To:** Brusoe, Diane M - DNR <Diane.Brusoe@wisconsin.gov>; Bay, Terry H - DNR <TerryH.Bay@wisconsin.gov>; Milligan, Diane L - DNR <Diane.Milligan@wisconsin.gov>
**Subject:** FW: NRB May 4K comment re BMSP - Van Haren/Friends of Blue Mound State Park (FBMSP)


**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

Phil Rynish
Phone: (608) 977-0286
phillip.rynish@wisconsin.gov

**From:** Ross, Laurie J - DNR <Laurie.Ross@wisconsin.gov>
**Sent:** Tuesday, May 18, 2021 9:30 AM
**To:** Bill Bruins <bbruins47@gmail.com>; Frederick Prehn (dr.frederick.prehn.nrb@gmail.com) <dr.frederick.prehn.nrb@gmail.com>; Greg Kazmierski (GregKaz.NRB@gmail.com) <GregKaz.NRB@gmail.com>; Marcy West <marcywestnrb@gmail.com>; Ross, Laurie J - DNR <Laurie.Ross@wisconsin.gov>; Sharon Adams <sharonfosteradams@gmail.com>; Terry Hilgenberg (tnhnrb@gmail.com) <tnhnrb@gmail.com>; Smith, William H - DNR <william.smith@wisconsin.gov>
**Cc:** Rynish, Phillip P - DNR <Phillip.Rynish@wisconsin.gov>
**Subject:** FW: NRB May 4K comment re BMSP - Van Haren/Friends of Blue Mound State Park (FBMSP)


**From:** towers@mhtc.net <towers@mhtc.net>
**Sent:** Tuesday, May 18, 2021 7:42 AM
**To:** Ross, Laurie J - DNR <Laurie.Ross@wisconsin.gov>
**Cc:** Willi Van Haren <wmvanharen@outlook.com>; towers@mhtc.net
**Subject:** Friends of Blue Mound State Park (FBMSP) Master Plan Comments

Hello Laurie, I was asked by FBMSP President Willi Van Haren (copied here) to send you the FBMSP's comments regarding the proposed BMSP Master Plan. The Friends of BMSP are STRONGLY opposed to DNR's proposed snowmobile trail through Pleasure Valley and request that the NRB chose Alternative 1 (Current Road Right of Way Snowmobile Route) to best serve ALL park users.

Please forward the attached comments to the NRB and please confirm receipt of this e-mail and that you are able to open the attached document.

Thanks Laurie!

Karl Heil
FBMSP Board Member


----- Forwarded Message -----