# Exhibit 3

| | |
|---|---|
| **From:** | Vanlanduyt, Melissa A - DNR (Missy) |
| **To:** | Brown, Brigit E - DNR; Brusoe, Diane M - DNR; DNR DL FWP PRM District Supervisors; Hefty, Brian - DNR; Madison, Robert C - DNR (Chris); Pedretti, Christopher L - DNR; Saleh, Hadeer M - DNR; Vanlanduyt, Melissa A - DNR (Missy); Schmelzer, Steven J - DNR |
| **Subject:** | Vaccination Status for Volunteers - info |
| **Date:** | Tuesday, August 24, 2021 4:27:53 PM |
| **Attachments:** | image001.gif<br>image002.gif<br>image003.gif<br>image004.gif<br>image005.gif<br>image006.gif<br>C19_2021_Masking and Vaccination Status for Stakeholders.xlsx |

Good evening,

FYI - I wanted to share some of my notes from this morning as well as other information that may prove helpful in determining if/how vaccination status for volunteers may work. Please see the attached table for future use when we have additional information. Please also see the below bulleted list of points and questions.

- Need decision on volunteers, contractors and concessionaires for vaccination status
- There are two types of volunteers:
  - Agents of the state: acting under the direction of the state, example; campground host, nature center host, volunteer vsa, long-term volunteer
  - Non-agents of the state: groups under the direction of a leader – girl scout troop leader, corporate volunteer outing, friends volunteer clean-up
- Need to clarify for staff the difference in a contracted employee, contractor (plumber) and concessionaire and what their requirements are
- Need the "why" if we're to communicate this requirement to partners/externals
- Request this follow the current volunteer background check process for volunteers that are agents of the state in which their vaccination status will be submitted to and held confidentially with HR directly
- How to we enforce this?
- What happens if a volunteer says no?
- How to we check to see who has and has not since we don't have a "roster" of volunteers
- Need speaking points
- Friends groups as an entity are not considered agents of the state

While I think this would be an incredible undertaking, very controversial and difficult to manage; if required to, it may make sense to require only volunteer agents of the state to submit vaccination status and only following the current background check process outlined by legal and HR.


**We are committed to service excellence.**
Visit our survey at http://dnr.wi.gov/customersurvey to evaluate how I did.

Missy VanLanduyt

Recreation Partnerships, External Relations and Communication Section Chief – Bureau of Parks and Recreation Management
Wisconsin Department of Natural Resources
101 South Webster Street

Madison, WI 53707
~~Phone: 608 266-7617~~
Cell Phone: 608 515-6006
~~Fax: 608 266-7616~~
Melissa.vanlanduyt@wisconsin.gov

dnr.wi.gov