IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FRIENDS OF BLUE MOUND STATE PARK,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF NATURAL
RESOURCES, STEVEN SCHMELZER,
and MELISSA VANLANDUYT,

    Defendant.

PERMANENT INJUNCTION

21-cv-676-jdp

---

    IT IS ORDERED that defendants Steven Schmelzer, Melissa VanLanduyt and all employees of the Wisconsin Department of Natural Resources are ENJOINED from terminating the department's agreement with plaintiff Friends of Blue Mound State Park or threatening to do so because of the Friend group's lawsuit against the department challenging the construction of a snowmobile train.

    Entered March 28, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge